No. 74–19. BREWER v. UNITED STATES; and

No. 73–6931. MACKAY v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Reported below: 491 F. 2d 616.

No. 74–65. CLINGON v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied. 

No. 74–93. BROWN ET AL. v. UNITED STATES; and

No. 74–138. PRADER ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 499 F. 2d 829.

No. 74–98. DONNER v. UNITED STATES;

No. 74–5106. MCNAMARA v. UNITED STATES;

No. 74–5119. MACK v. UNITED STATES;

No. 74–5120. MCNAMARA v. UNITED STATES;

No. 74–5121. WILLIAMS v. UNITED STATES; and

No. 74–5138. KENNEDY v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 497 F. 2d 184.

No. 74–109. RACHAL ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 74–110. PFOTZER ET AL., DBA E. & E. J. PFOTZER v. WARHOLIC ET AL. C. A. 2d Cir. Certiorari denied. 

No. 74–111. PFOTZER ET AL. v. CITY OF NORWALK ET AL. C. A. 2d Cir. Certiorari denied. 

No. 74–133. CALDERON v. BOARD OF EDUCATION OF THE EL MONTE SCHOOL DISTRICT OF LOS ANGELES COUNTY. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 74–144. COX v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 74–146. CATENA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.